FILED
CLERK U.S. DISTRICT COURT
NOV 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-1157-GHK |
| ) | |
| Plaintiff, ) | ORDER OF REVOCATION/DETENTION |
| ) | IN BAIL REVOCATION/DETENTION |
| v. ) | PROCEEDINGS |
| ) | |
| MARIA GUADALUPE JUAREZ, ) | (18 U.S.C. § 3148(b)) |
| ) | |
| Defendant. ) | |

Upon motion of the Government to detain defendant in connection with bail revocation/detention proceedings pursuant to 18 U.S.C. § 3148(b) and reconsideration of the detention order dated 11/2/07

A. The Court finds:

(✓) there is probable cause to believe that defendant has committed a federal, state, or local crime while on release;

( ) there is clear and convincing evidence that defendant has violated another condition of release;

B. The Court further finds:

( ) no condition or combination of conditions will reasonably assure the appearance of defendant as required;

(✓) no condition or combination of conditions will reasonably assure the [economic] safety of any other person and the community;

(✓) defendant is unlikely to abide by any condition or combination of conditions of release.

C.  The Court has considered:

(✓) the nature and circumstances of the offense(s) charged;

(✓) the weight of the evidence against defendant;

(✓) the history and characteristics of defendant;

(✓) the nature and seriousness of the [economic] danger to any person or the community that would be posed by defendant's release.

D.  The Court concludes:

(✓) Defendant poses a risk to the [economic] safety of other persons and the community based on: the criminal conduct alleged in the Third Superseding Indictment, further described in the government's bail filings and exhibits thereto

( ) Defendant poses a serious flight risk based on: _____

(✓) Defendant is unlikely to abide by any condition or combination of conditions of release based on: defendant's failure to comply with the previously set condition that she comply with the law.

1  E.  The Government (✓) is ( ) is not entitled to a rebuttable
2      presumption that no condition or combination of conditions
3      will assure that defendant will not pose a danger to the
4      safety of any person or the community.
5  F.  The Court finds:
6      (✓) Defendant has not rebutted by sufficient evidence to
7          the contrary the presumption provided in 18 U.S.C.
8          § 3148(b) that no condition or combination of
9          conditions will assure the safety of any other person
10         or the community; *The court has not relied upon the proffered information to which objection were raised.*
11     IT IS ORDERED that defendant is detained and remanded to the
12 custody of the U.S. Marshal.
13     If defendant is awaiting trial, IT IS FURTHER ORDERED that
14 defendant be confined in a corrections facility separate, to the
15 extent practicable, from persons awaiting or serving sentences or
16 persons held in custody pending appeal.
17     IT IS FURTHER ORDERED that defendant be afforded reasonable
18 opportunity for private consultation with defendant's counsel.
19 DATED:    11/14/07

                                    _____
                                    HONORABLE JACQUELINE CHOOLJIAN
                                    United States Magistrate Judge

3